JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY JACKSON, ) | Case No. CV 19-2728-RGK (SP) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| DEAN BORDERS, Warden, ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 25, 2020

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE